IN THE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
(San Antonio Division)

FILED

JUL 2 1 2008

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA,

 Plaintiff,

v.

        **Criminal No. SA-08-CR-00047(8)-OLG**

JIMMY MENDOZA (8),

 Defendant.

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

---

**BEFORE THE HONORABLE ORLANDO L. GARCIA**

Counsel for the Defendant Mr. Jimmy Mendoza respectfully moves the Court for leave to withdraw as court-appointed counsel of record in this criminal action and would respectfully further move the Court to appoint other counsel to represent Mr. Jimmy Mendoza.

1. The undersigned counsel was appointed on or about June 2, 2008, under the Criminal Justice Act, to represent Mr. Jimmy Mendoza in this criminal action.

2. In an amended order dated May 12, 2008, the Court had ordered that all motions in limine be filed on or before September 4, 2008 and any proposed jury instructions be filed on or before September 18, 2008. The trial of this criminal action is

1

currently scheduled to begin on February 2, 2009.

3. By various accounts, the trial of this action is expected to last approximately six to eight (6-8) weeks. Discovery material is substantial and it is housed and occupies at least one room at the courthouse.

4. Since his appointment to this action as counsel for Mr. Jimmy Mendoza, the undersigned counsel has met with Mr. Jimmy Mendoza on several occasions to apprise him of the nature of the charges pending against him and the circumstances of the case. In addition, the undersigned has examined his other commitments in other cases and to other courts and has made every attempt to manage and shuffle, where necessary, his time-commitments in other cases.

5. Of particular importance and difficulty for the undersigned counsel is a post-conviction death penalty case in which the undersigned counsel was appointed by the honorable Judge Xavier Rodriguez of the United States District Court for the Western District of Texas to represent a defendant convicted in a State court of a double murder (a police officer and his wife). The initial petition for writ of habeas corpus relief in this case was filed with the District Court on June 11, 2008, and an amended petition for writ of habeas corpus is expected to be filed with the District Court on or before October 14, 2008, with subsequent responses to be filed by the State of Texas on or before December 14, 2008, and appropriate replies by the petitioner to be filed shortly thereafter. This post-conviction death penalty case has proven to be a particularly complex case

necessitating so far a time commitment by the undersigned counsel of nearly two hundred (200) hours. It is expected that an additional commitment of time of *at least* two hundred (200) hours may be needed to properly further investigate, brief and argue the issues in the case. The case is particularly fact-intensive because of issues relating to the petitioner's mental retardation, which were not adequately investigated and examined at the earlier stages of the case.

6. The undersigned counsel has brought to the attention of Mr. Jimmy Mendoza his intention to file the instant motion, and after consultation, Mr. Jimmy Mendoza is also of the view that the undersigned counsel may not have the necessary time available (in view also of counsel's other prior commitments in cases pending the United States Court of Appeals for the Fifth Circuit and before the United States Supreme Court) to effectively represent Mr. Jimmy Mendoza. See attached Exhibit #1 (statement of Mr. Jimmy Mendoza). Mr. Mendoza is currently facing the possibility of a sentence of life imprisonment should he be found guilty of the charges lodged against him.

7. **CERTIFICATE OF CONFERENCE.** On July 18, 2008, the undersigned counsel spoke telephonically with Mr. Joey Contreras, Assistant United States Attorney regarding this motion to withdraw. Mr. Contreras stated that he has no position on the instant motion and would defer to the court.

Accordingly, the undersigned counsel moves for leave to withdraw as counsel of record and would respectfully move the Court to appoint other counsel to represent Mr.

Jimmy Mendoza at the earliest possible time.

Dated: July 21, 2008, and

                                Respectfully submitted.


                                /s/ Simon M Azar-Farr
                                SIMON AZAR-FARR & ASSOCIATES
                                2313 North Flores
                                San Antonio, Texas 78212
                                210-736-4122 Telephone
                                210-736-4143 Facsimile
                                Attorney For Defendant Jimmy Mendoza


## CERTIFICATE OF SERVICE

I certify that the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD was filed with this Court on July 21, 2008, through its electronic CM/ECF filing system. Notice of this filing will be sent to counsel for the Government named below by operation of this Court's CM/ECF electronic filing system.


Mr. Joey Contreras
Assistant United States Attorney
Western District of Texas
601 N.W. Loop 410, suite 600
San Antonio,, Texas 77002


/s/ Simon M. Azar-Farr
Simon Azar-Farr
Counsel for Defendant Jimmy Mendoza

SIMON AZAR-FARR & ASSOCIATES

A PROFESSIONAL CORPORATION

LAWYERS

2313 NORTH FLORES

SAN ANTONIO, TEXAS 78212

TELEPHONE (210) 736-4122

FACSIMILE (210) 736-4143

www.simonazarfarr.com

## United States v. Jimmy Mendoza (8)
## SA-08-CR-00047-OLG

I, Jimmy Mendoza, am one of the defendants charged by way of indictment in the above-referenced criminal action. I have had the opportunity to consult with my court-appointed lawyer Mr. Simon Azar-Farr about the nature of my case and the charges that are pending against me. After considering the nature and circumstances of my case with my lawyer, I have decided that I would like to respectfully ask the Court to relieve Mr. Simon Azar-Farr as my court-appointed lawyer and appoint another lawyer to represent me in this case.

The Court has ordered that pretrial motions in my case by filed by September 4, 2008, and any proposed jury instructions be filed by September 18, 2008. In view of these approaching deadlines, I would respectfully ask the Court to appoint me another lawyer as soon as possible.

7/18/08

_____
Date

_____
JIMMY MENDOZA