# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | CRIMINAL NO: |
| vs. | § | SA:08-CR-00047(3,8)-OLG |
| | § | |
| (3) RUBEN GARCIA | § | |
| (8) JIMMY MENDOZA | § | |

## ORDER SETTING REARRAIGNMENT AND PLEA

IT IS HEREBY ORDERED that the above entitled and numbered case is set for REARRAIGNMENT AND PLEA in Courtroom 1, on the First Floor of the John H. Wood, Jr. United States Courthouse, 655 E. Durango Boulevard, San Antonio, TX, on Wednesday, February 25, 2009 at 01:30 PM.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 13th day of February, 2009.

_____
ORLANDO L GARCIA
UNITED STATES DISTRICT JUDGE


Joey Contreras for USA
Albert L. Rodriguez for Ruben Garcia PS(Lawrence Vela)
Anthony B. Cantrell for Jimmy Mendoza