# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF TEXAS

# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **CRIMINAL NO.  SA-08-CR-047-OG** |
| | **)** | |
| **JACINTO NAVAJAR, et. al.,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

## MOTION TO DESTROY EVIDENCE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the United States of America, by and through its undersigned counsel, and files this Motion to Destroy Evidence, and  would show the Court as follows:

1.  In United States v. Jacinto Navajar, et al., Cause No. SA08CR047, the Court heard and disposed of an indictment that charged numerous defendants with multiple offenses.

2.  The investigation of this case was conducted by the Federal Bureau of Investigation.  In the course of the investigation, multiple firearms were seized by agents.  The firearms are listed in Attachment A, which was provided to the undersigned by Special Agent Michael Carlisle.  The investigation has concluded and the firearms are not needed and have no evidentiary value.

3.     Agent Carlisle has requested permission from the Court to destroy the weapons enumerated in Attachment A (page one and two).  Accordingly, the Government respectfully requests that the Court enter an order permitting agents of  the Federal Bureau of Investigation destroy the listed firearms.

Wherefore, premises considered, the Government prays that its motion be, in all things, granted.

<div style="margin-left: 50%;">

Respectfully submitted,

ROBERT PITMAN
United States Attorney

/s/

By: _____
JOEY CONTRERAS
Assistant U.S. Attorney
State Bar No. 04712320
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216
Phone: 210-384-7025
Fax:  210-384-7028

</div>

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIMINAL NO.  SA-08-CR-047-OG** |
| **JACINTO NAVAJAR, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

## O R D E R

This Court, having reviewed the Government's Motion to Destroy Evidence, enumerated in Attachment A, has no objection to official destruction of the said firearms, and authorizes the destruction of the said firearms.

The motion is GRANTED.

SIGNED this _____ day of _____, 2012.

_____
ORLANDO L. GARCIA
United States District Judge