**ATTACHMENT A**

245D-SA-60991 1B 1
ONE (1) NORINCO ASSAULT RIFLE   MODEL 386 S/N 9352309
Barcode : E4299870

245D-SA-60991 1B 3
 ONE (1) NORINCO 7.62 SEMI-AUTO ASSAULT RIFLE S/N 036990,
 Barcode: E4299873

245D-SA-60991 1B 5
ONE (1) HI-POINT SEMI-AUTO ASSAULT 9MM MODEL 995 S/N B75187
Barcode : E4299875

 245D-SA-60991 1B 6
 ONE (1) HI-POINT SEMI-AUTO 45 CAL MODEL JHP S/N 499710
 Barcode : E4299876

 245D-SA-60991 1B 7
 ONE (1) HI-POINT SEMI-AUTO 9MM MODEL C9 S/N P1351265
 Barcode : E4299877

245D-SA-60991 1B 8
ONE (1) SMITH & WESSON SEMI-AUTO 40CAL MODEL SW40VE S/N RBM6801

Barcode : E4299878

245D-SA-60991 1B 9
ONE (1) CHARTER ARMS 22 CAL REVOLVER MODEL PATHFINDER S/N  693741

Barcode : E4299879

245D-SA-60991 1B 10
ONE (1) BRYCO ARMS SEMI-AUTO 380 CAL MODEL 38 S/N 083104
Barcode : E4299880

245D-SA-60991 1B 11
ONE (1) TAURUS SEMI-AUTO 45 CAL MODEL PT1911 S/N NAS20692
Barcode : E4299881

 245D-SA-60991 1B 12
 ONE (1) KBI INC FEG SEMI-AUTO 9MM MODEL PJK-9HP S/N B09562,
 Barcode : E4299882

245D-SA-60991                    1B 14
ONE (1) SMITH & WESSON MARCUS REGISTRADA .38 REVOLVER MODEL   10-5 S/N
93100
Barcode : E4299884


245D-SA-60991                    1B 15
ONE (1) HI-POINT SEMI-AUTO 380 CAL MODEL CF380 S/N P815158
Barcode : E4299885


245D-SA-60991                    1B 16
ONE (1) GLOCK SEMI-AUTO 9MM MODEL 19 S/N AZW127 US
Barcode  : E4299886


245D-SA-60991                    1B 17
ONE (1) RUGER SEMI-AUTO 357 CAL MODEL SECURITY SIX S/N 15610439

Barcode : E4299887


245D-SA-60991                    1B 18
ONE (1) FRATELLI TANFOGLIO SEMI-AUTO 9MM MODEL TZ75 S/N  H28432

Barcode : E4299888


245D-SA-60991                    1B 20
ONE (1) CHARTER ARMS UNDERCOVER .38 SPL REVOLVER S/N 218528
Barcode  : E4299990


245D-SA-60991                    1B 21
ONE (1) TAURUS INT. MFG 44 SPECIAL REVOLVER S/N LE620416
Barcode : E4299991